Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Tinnus Enterprises, LLC and ZURU Ltd. v. Telebrands Corp. and Bed Bath & Beyond Inc.

No. 16-106

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:     Tinnus Enterprises, LLC and ZURU Ltd.
                                        Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [✓] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [✓] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Thomas M. Dunlap |
| Law firm: | Dunlap Bennett & Ludwig PLLC |
| Address: | 211 Church Street, SE |
| City, State and ZIP: | Leesburg, VA 20175 |
| Telephone: | (703) 777-7319 |
| Fax #: | (703) 777-3656 |
| E-mail address: | tdunlap@dbllawyers.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/16/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

12-26-2015
Date

_Signature of pro se or counsel_

cc: _____

123

## CERTIFICATE OF SERVICE

United States Court of Appeals
for the Federal Circuit

No. 16-106

------------------------------------------------------------------------- )

IN RE TELEBRANDS CORP. and BED BATH & BEYOND INC.,

*Petitioners*

------------------------------------------------------------------------- )

I hereby certify that on December 29, 2015, I sent one copy of the Entry of Appearance by first class mail, postage prepaid, to:

| | |
|---|---|
| David Boies<br>Boies, Schiller & Flexner LLP<br>575 Lexington Avenue, #7<br>New York, New York 10022<br>(212) 446-2300 | Robert T. Maldonado<br>Cooper & Dunham LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 278-0400 |
| and | *Attorneys for Petitioners<br>Telebrands Corp. and<br>Bed Bath & Beyond Inc.* |
| D. Michael Underhill<br>Stacey K. Grigsby<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Avenue, NW<br>Washington, DC 20015<br>(202) 237-2727 | |

*Attorneys for Petitioner Telebrands Corp.*

DATED: December 29, 2015         By  /s/ *Thomas M. Dunlap*
                                          Thomas M. Dunlap
                                          Dunlap Bennett & Ludwig PLLC
                                          211 Church Street, SE
                                          Leesburg, VA 20175

                                          Telephone:   703-777-7319
                                          Facsimile:   703-777-3656

                                          Attorney for Respondents