# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Telebrands Corp., et al.   v.   Tinnus, Ent. LLC and Zuru, Ltd.

No. 2016-106

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Telebrands Corp.
                              Name of party

I am, or the party I represent is (select one):

☒ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant   ☐ Respondent or appellee

Name: D. Michael Underhill
Law Firm: Boies, Schiller & Flexner LLP
Address: 5301 Wisconsin Ave. NW
City, State and Zip: Washington, D.C. 20015
Telephone: (202) 274-1120
Fax #: (202) 237-6131
E-mail address: munderhill@bsfllp.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/02

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 12/29/2015   Signature of pro se or counsel /s/ D. Michael Underhill

cc: Counsel of Record

Reset Fields

## Certificate of Interest for Telebrands Corp.

1. The full name of every party represented is: TELEBRANDS CORP.

2. The name of the real party in interest represented is: TELEBRANDS CORP.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock in the party represented are: NONE.

4. The names of all law firms and partners or associates that appeared for the party represented in the trial court or agency or are expected to appear in this court are:

**COOPER & DUNHAM**
Robert T. Maldonado
Elana Araj

**LANCE LEE ATTORNEY AT LAW**
Lance Lee

**BOIES SCHILLER & FLEXNER LLP**
D. Michael Underhill
David Boies
Stacey Grigsby

Dated:  December 29, 2015          */s/ D. Michael Underhill*
                                   D. Michael Underhill
                                   **BOIES, SCHILLER & FLEXNER LLP**
                                   5301 Wisconsin Avenue, NW
                                   Washington, DC 20015
                                   Telephone: (202) 274-1120
                                   Facsimile: (202) 237-6131

# CERTIFICATE OF SERVICE

I certify that on December 29, 2015, I electronically filed a copy of this ENTRY OF APPEARANCE and this CERTIFICATE OF INTEREST with the Clerk of the Court using the Court's Case Management/Electronic Case Filing ("CM/EMF") System, which will send a notification of electronic filing (NEF) to all counsel of record who are registered CM/EMF users, including counsel of record for the Petitioners Zuru, Ltd. and Tinnus, Ent.

I further certify that one original of this ENTRY OF APPEARANCE and this CERTIFICATE OF INTEREST is being served to the following counsel of record on December 29, 2015:

Thomas Mansfield Dunlap, Attorney
DUNLAP BENNETT & LUDWIG PLLC
Suite 1025
1725 Pennsylvania Avenue, N.W.
Washington, DC 20006

David Ludwig, Attorney
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street, SE
Leesburg, VA 20175

Cortland Christopher Putbrese
DUNLAP BENNETT & LUDWIG PLLC
Suite 301
2307 East Broad Street
Richmond, VA 23223

Dated:  December 29, 2015

/s/ *Stacey K. Grigsby*
Stacey K. Grigsby
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone: (202) 237-9619
Facsimile: (202) 237-613